UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-CR-00017 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| ZUBAIR MEHMET ABDUR RAZZAQ AL ZUBAIR, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

Please take notice that the undersigned, Allyson R. Cady, of the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, hereby gives notice that she is entering an appearance as one of the attorneys on behalf of Defendant Muzzammil Muhammad Al Zubair ("Muzzammil").

      Respectfully submitted,

      <u>s/ Allyson R. Cady</u>
      Allyson R. Cady (0098830)
      **BENESCH, FRIEDLANDER, COPLAN &**
        **ARONOFF LLP**
      127 Public Square, Suite 4900
      Cleveland, Ohio 44114
      Telephone:  216.363.6214
      Facsimile:  216.363.4588
      Email:  acady@beneschlaw.com

      *One of the Attorneys for Defendant Muzzammil Muhammad Al Zubair*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2024 a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    *s/ Allyson R. Cady*
One of the *Attorneys for Defendant Muzzammil Muhammad Al Zubair*