# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:24-CR-00017 |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| v. | ) **NOTICE OF WITHDRAW OF** |
| ZUBAIR MEHMET ABDUR RAZZAQ AL ZUBAIR, et al., | ) **MARISA T. DARDEN** |
| Defendants. | ) |

PLEASE TAKE NOTICE that the undersigned counsel, Marisa T. Darden, hereby withdraws as counsel of record for Defendant Muzzammil Muhammad Al Zubair ("Muzzammil") and should be removed from the docket, all service lists, and all notifications on the above-entitled action.

    Respectfully submitted,

*s/ Marisa T. Darden*
Marisa T. Darden (0098583)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4440
Facsimile: 216.363.4588
Email: mdarden@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024 a copy of the foregoing *Motion of Withdraw* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Marisa T. Darden*