# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-CR-00017 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | **MOTION TO FILE UNDER SEAL** |
| ) | |
| MUZZAMMIL MUHAMMAD AL ) | |
| ZUBAIR, ) | |
| AKA MUZZAMMIL IBN MUHAMMAD ) | |
| ) | |
| Defendants. ) | |

Now comes Defendant Muzzammil Muhammad Al Zubair ("Muzzammil") who, by and through undersigned counsel, hereby respectfully moves this Court for an order to file Muzzammil's Financial Affidavit document CJA-23 under seal.

For cause, the Defendant asserts that the above-described affidavit contains confidential and sensitive information which at this juncture should not be public record.

Respectfully submitted,

/s/ *Allyson R. Cady*
Allyson R. Cady (0098830)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
mdarden@benesch.com
Telephone: 216.363.4440
Fax: 216.363.4588
*Attorney for Defendant, Muzzammil Muhammad Al Zubair*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, a copy of the foregoing Motion was electronically filed. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ *Allyson R. Cady*
Allyson R. Cady (0098830)

*Attorney for Defendant, Muzzammil Muhammad Al Zubair*