UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-CR-00017 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | **MOTION TO WITHDRAW OF MARISA** |
| ) | **T. DARDEN AND ALLYSON R. CADY** |
| ZUBAIR MEHMET ABDUR RAZZAQ AL ) | **AND BE REAPPOINTED THROUGH** |
| ZUBAIR, et al., ) | **THE CJA** |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that the undersigned counsel, Marisa T. Darden and Allyson R. Cady, hereby withdraw as counsel of record for Defendant Muzzammil Muhammad Al Zubair, and be reappointed through the Criminal Justice Act, pursuant to the Financial Affidavit that was filed on behalf of Muzzammil.

Respectfully submitted,

/s/Marisa T. Darden
Marisa T. Darden (0098583)
Allyson R. Cady (0098830)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
mdarden@benesch.com
Telephone: 216.363.4440
Fax: 216.363.4588

*Attorneys for Defendant*
*Muzzammil Muhammad Al Zubair*

24357464 v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Marisa T. Darden
Marisa T. Darden

*One of the Attorneys for Defendant*
*Muzzammil Muhammad Al Zubair*

24357464 v1